UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

-vs-                                        CASE NO.: 5:11-mj-1039-TBS

ELEUTERIO HERNANDEZ-ECHEVARRIA.

_____

<u>ORDER</u>

Today, the Court held a hearing on defendant, Eleuterio Hernandez-Echevarria's Motion for Pre-Trial Release (Doc. 42).  The Court's findings made on the record at the conclusion of the hearing are expressly incorporated into and made a part of this Order. The defendant has not rebutted the drug and firearm offender presumption, 18 U.S.C. § 3142(e) and the Court finds that no conditions of release could reasonably ensure the appearance of the defendant and the safety of the community.  Therefore, the defendant's motion is DENIED and he shall remain in the custody of the United States Marshall Service.

DONE AND ORDERED on this 15th day of December, 2011, in Ocala, Florida.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel